Erik Estavillo

3284 cortese Circle

San Jose, CA
95127

Clear Form

Filed
FEB 2 5 ...
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing ADR

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

HRL

|  |  |
|---|---|
| Plaintiff, | CASE NO. CV 14-00839 |
| vs. | **APPLICATION TO PROCEED IN FORMA PAUPERIS** (Non-prisoner cases only) |
| Defendant. |  |

I, Erik Estavillo declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                    Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1   and wages per month which you received.

2   _____

3   _____

4   _____

5   2.    Have you received, within the past twelve (12) months, any money from any of the

6   following sources:

7        a.    Business, Profession or                    Yes ____ No X

8              self employment?

9        b.    Income from stocks, bonds,                 Yes ____ No X

10             or royalties?

11       c.    Rent payments?                             Yes ____ No X

12       d.    Pensions, annuities, or                    Yes ____ No X

13             life insurance payments?

14       e.    Federal or State welfare payments,         Yes X No ____

15             Social Security or other govern-

16             ment source?

17   If the answer is "yes" to any of the above, describe each source of money and state the amount

18   received from each.

19   _____ SSA & SSI & IHSS _____

20   _____

21   3.    Are you married?                               Yes ____ No X

22   Spouse's Full Name: _____

23   Spouse's Place of Employment: _____

24   Spouse's Monthly Salary, Wages or Income:

25   Gross $_____ Net $_____

26   4.    a.    List amount you contribute to your spouse's support:$ _____

27         b.    List the persons other than your spouse who are dependent upon you for support

28               and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1    children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2    _____

3    _____

4    5.    Do you own or are you buying a home?         Yes ____  No  X

5    Estimated Market Value: $_____  Amount of Mortgage: $_____

6    6.    Do you own an automobile?                    Yes ____  No  X

7    Make _____  Year _____  Model _____

8    Is it financed? Yes _____ No _____ If so, Total due: $ _____

9    Monthly Payment: $ _____

10   7.    Do you have a bank account?  Yes  X  No ____ (Do not include account numbers.)

11   Name(s) and address(es) of bank: _____

12   _____

13   Present balance(s):  $ _____

14   Do you own any cash?  Yes ____  No ____  Amount:  $ _____

15   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16   market value.)                                       Yes ____  No ____

17   _____

18   8.    What are your monthly expenses?

19   Rent: $    800                        Utilities:    N/A

20   Food: $    400                        Clothing:    N/A

21   Charge Accounts:

22   Name of Account          Monthly Payment          Total Owed on This Account

23   _____  $ _____  $ _____

24   _____  $ _____  $ _____

25   _____  $ _____  $ _____

26   9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

27   they are payable.  Do not include account numbers.)

28   ___Capital One - $289 Debt_____

- 3 -

10.     Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes _____ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2/25/14

DATE                                    SIGNATURE OF APPLICANT