March 27, 2014

Erik Estavillo
3284 Cortese Circle
San Jose, CA 95127

Subject: Defendants Addresses Requested

  An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

  To insure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. The bottom portion of this letter is to be used for the information. Please print that current address for each listed defendant.

  A self-addressed postage paid envelope is enclosed for your convenience in returning this information. A prompt response with the requested information will be appreciated.

           Sincerely,

           RICHARD W. WIEKING, Clerk

           *Sandy Morris*
           by: Sandy Morris
           Case Systems Administrator


(1) Name _____  Address _____
                      _____
                        _____

(1) Name _____  Address _____
                        _____
                        _____

(1) Name _____  Address _____
                        _____
                        _____

NDC CSA-17 REV. 3/89

(1)  Name _____   Address _____

_____

_____

(1)  Name _____   Address _____

_____

_____

NDC CSA-17 REV. 3/89