C14-839 HRL

March 27, 2014

**FILED**

APR 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Erik Estavillo
3284 Cortese Circle
San Jose, CA 95127

Subject: Defendants Addresses Requested

    An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

    To insure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. The bottom portion of this letter is to be used for the information. Please print that current address for each listed defendant.

    A self-addressed postage paid envelope is enclosed for your convenience in returning this information. A prompt response with the requested information will be appreciated.

Sincerely,

RICHARD W. WIEKING, Clerk

*Sandy Morris*
by: Sandy Morris
Case Systems Administrator

(1) Name __J. PAUL RAINES__   Address __625 WESTPORT PARKWAY GRAPEVINE, TEXAS 76051__

(1) Name __TED PRICE__   Address __2255 N. ONTARIO ST. #550 BURBANK, CA 91504__

(1) Name __ANDREW HOUSE__   Address __2207 BRIDGEPOINTE PKWY. SAN MATEO, CA 94404__

NDC CSA-17 REV. 3/89

(1) Name SATYA NADELLA Address 1 MICROSOFT WAY
REDMOND, WA
98052

(1) Name REGGIE FILS-AIME Address 4600 150TH AVE. NE,
REDMOND, WA
98052

NDC CSA-17 REV. 3/89