Erik Estavillo
3284 Cortese Circle
San Jose CA 95127
(408) 338-5731

Plaintiff – Pro Se

FILED
APR 10 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>            Plaintiff,<br><br>    vs.<br><br>INSOMNIAC GAMES INC., ET AL.,<br><br>            Defendants. | Case Number: 14-CV-0839 HRL<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE**<br>[FRCP § 41(a)(1)(A)(i)] |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs voluntarily dismiss the above-captioned case, without prejudice, as to all Defendants.

Respectfully Submitted,

Date: March 5, 2014                         _____
                                                           Pllaintiff, Pro Se

Dear Clerk and/or Judge,

I, Erik Estavillo, hereby, have to voluntarily drop case 14-CV-0839 HRL. Reason being that my health is declining with each passing day the case is not heard. My panic disorder and Crohn's Disease are worsening; as can be seen in the attached Emergency Room Document. Thank you for your understanding.

Dated: April 10th 2014                                         Erik Estavillo

**General Instructions with ExitWriter**
**Regional Medical Center of San Jose**
225 North Jackson Ave, San Jose, CA 95116 408-729-2841
04/09/2014 20:35

Patient: ESTAVILLO, ERIK
3284 CORTESE CIR, SAN JOSE, CA 95127
MRN: Q480272    Acct#: Q00849585281
Sex: M   DOB: 03/24/1980   Age: 34y

Thank you for visiting the Regional Medical Center of San Jose-Emergency Department. You have been evaluated today by Shao Huang, MD for the following condition(s):

Crohn's disease.   Abdominal pain.

## INSTRUCTIONS

Drink plenty of fluids.

**Warnings:** GENERAL WARNINGS: Return or contact your physician immediately if your condition worsens or changes unexpectedly, if not improving as expected, or if other problems arise.

**Follow-up:**
Return to the emergency department as needed.  Follow up with your doctor in three days.

Understanding of the discharge instructions verbalized by patient.

**ADDITIONAL INFORMATION**

## CROHN'S DISEASE

Crohn's disease is a chronic inflammation of the intestinal tract that comes and goes. Crohn's is a form of Inflammatory Bowel Disease. The exact cause is not known. Chronic diarrhea may alternate with constipation. During a symptom flare, there may be intense abdominal pain and fever. Mucus, blood or pus may appear in the stool. This is a chronic illness and episodes of inflammation come and go over time. When the disease is not active, there are usually no symptoms.

## HOME CARE:

1. DIET: Talk to your doctor or ask for a referral to a dietitian to develop a meal plan that works for you.

-- Learn what foods worsen your symptoms. Keeping a food diary may help with this.
-- Eating smaller meals at more frequent intervals (4-5 times a day).
-- Avoid greasy or fried foods.
-- Limit consumption of milk and milk products (butter, margarine, cream sauces).
-- If you are lactose intolerant ask your doctor to advise a digestive supplement.
-- During a flare-up of your symptoms, avoid high fiber foods such as nuts, corn, popcorn and Chinese vegetables.

2. MEDICATIONS: For mild to moderate cramping and diarrhea, you may use Imodium AD (over-the-counter), unless another medicine was prescribed. For acute flares of your illness, prescription medicines can be prescribed. Contact your doctor if this is needed.

**FOLLOW UP** with your doctor as advised by your staff. Support Groups for persons Crohn's disease can be a source of useful information on how others are coping with this illness. They are available in person, on the phone, or via the Internet. Contact the following resources for more information.

-- CROHN'S AND COLITIS FOUNDATION OF AMERICA, INC. (800) 932-2423 www.ccfa.org
-- NATIONAL DIGESTIVE DISEASES INFORMATION CLEARINGHOUSE (NDDIC) (800) 891-5389 www.digestive.niddk.nih.gov
-- PEDIATRIC CROHN'S AND COLITIS ASSOCIATION, INC. (617) 489-5854 http://pcca.hypermart.net/index.html

[NOTE: If you had an X-ray or EKG (cardiogram), it will be reviewed by a specialist. You will be notified of any new findings that may affect your care.]

**GET PROMPT MEDICAL ATTENTION** if any of the following occur:

-- Unexplained fever over 100.5º F (38.0º C) oral
-- Abdominal pain that does not respond to usual measures
-- Mucus, pus or blood in the stool (dark or bright red)
-- Repeated vomiting
-- Abdominal swelling and pain that does not go away after a few hours

**HIGH FIBER DIET**

Fiber is present in all fruits, vegetables, cereals and grains. Fiber passes through the body undigested. A high fiber diet helps food move through the intestinal tract. The added bulk is helpful in preventing constipation. In persons with diverticulosis it serves to clean out the pouches along the colon wall while preventing new ones from forming. A high fiber diet also reduces the risk of colon cancer, decreases blood cholesterol and prevents high blood sugar in diabetics.

The foods listed below are high in fiber and should be included in your diet. If you are not used to high fiber foods, start with 1 or 2 foods from this list. Every 3-4 days add a new one to your diet until you are eating 4 high fiber foods per day. This should give you 20-35 Gm of fiber/day. It is also important to drink a lot of water when you are on this diet (6-8 glasses a day). Water causes the fiber to swell and increases the benefit.

**FOODS HIGH IN DIETARY FIBER:**

BREADS: Made with 100% whole wheat flour; Graham, wheat or rye crackers; tortillas, bran muffins

CEREALS: Whole grain cereal with bran (Chex, Raisin Bran, Corn Bran), oatmeal, rolled oats, granola, wheat flakes, brown rice

NUTS: Any nuts

FRUITS: All fresh fruits along with edible skins, (bananas, citrus fruit, mangoes, pears, prunes, raisins, apples, pineapple, apricot, melon, jams and marmalades), fruit juices (especially prune juice)

VEGETABLES: All types, preferably raw or lightly cooked: especially, celery, eggplant, potatoes, spinach, broccoli, brussel sprouts, winter squash, carrots, cauliflower, soybeans, lentils, fresh and dried beans of all kinds

OTHER: Popcorn, any spices

**IF YOU HAVE DIVERTICULOSIS, AVOID THESE FOODS:**

Tiny seeds can become trapped in the colon pouches and cause an attack of diverticulitis. Therefore, avoid spices with small seeds (dill, celery), fruits with small seeds (strawberries, blueberries, raspberries, blackberries, boysenberries, whole cranberries, raisins and grapes with seeds) and

popcorn. You may eat fruit with larger seeds (such as watermelon and citrus fruits), if you can avoid swallowing the seeds.